UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DANIEL SPANO,

Plaintiff,

v.

V&J NATIONAL ENTERPRISES, LLC, ET AL.

Defendants.

**NOTICE OF MOTION TO COMPEL INDIVIDUAL ARBITRATION, STAY THIS ACTION, AND STRIKE ALL CLASS/ COLLECTIVE CLAIMS FROM THE COMPLAINT**

Civil Action No.
6:16-CV-06419-EAW

| | |
|---|---|
| MOTION BY: | Defendants V&J National Enterprises, LLC, V&J United Enterprises, LLC, and V&J Holding Companies, Inc. |
| DATE, TIME AND PLACE OF HEARING: | At the United States District Court, Western District of New York, United States Courthouse, 100 State Street, Rochester, New York before the Honorable Elizabeth A. Wolford at a date, place and time to be determined by the Court. Oral argument is requested. |
| RELIEF SOUGHT: | Pursuant to the Federal Arbitration Act, an order granting Defendants' Motion to Compel Individual Arbitration, Stay this Action, and Strike All Class/Collective Claims from the Complaint, and granting such other and further relief as the Court may deem just and proper. |
| SUPPORTING PAPERS: | Declaration of Katherine S. McClung, Esq. dated October 4, 2016 with exhibits, Declaration of Wendy Garagozzo dated October 4, 2016 with exhibit, Declaration of Robert Hoelzl dated October 4, 2016, and Defendants' Memorandum of Law in Support of Defendants' Motion. |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 7(a)(1), Defendants intend to file and serve reply papers and, unless a different schedule is ordered by the Court, will do so within seven (7) days after service of papers responsive to this motion.

DATED: October 4, 2016

BOND, SCHOENECK & KING, PLLC

By: /s/ Katherine S. McClung
Sharon M. Porcellio
Katherine S. McClung

Avant Building – Suite 900
200 Delaware Avenue
Buffalo, New York 14202-2107
Telephone: (716) 416-7000
Fax: (716) 416-7001

350 Linden Oaks, Suite 310
Rochester, New York 14625
Telephone: (585) 362-4700
Fax: (585) 263-4701

*Attorneys for Defendants*

TO: Jeremiah Frei-Pearson, Esq.
D. Greg Blankinship, Esq.
Finkelstein, Blankinship,
Frei-Pearson & Garber, LLP
445 Hamilton Avenue, Suite 605
White Plains, NY 10601