UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DANIEL SPANO,

                Plaintiff,                      **NOTICE OF APPEAL**

v.

V&J NATIONAL ENTERPRISES, LLC, ET AL.        Civil Action No.
                                                                   6:16-CV-06419-EAW

                Defendants.

---

      Notice is hereby given that Defendants V&J National Enterprises, LLC, V&J United Enterprises, LLC, and V&J Holding Companies, Inc. in the above named case, hereby appeal to the United States Court of Appeals for the Second Circuit from part of this Court's Decision and Order, August 30, 2017 (*see* Docket No. 54).

      Defendants are appealing from the part of the Decision and Order that denied the Defendants' motion to compel individual arbitration and stay the action pending arbitration.

DATED: September 28, 2017                    BOND, SCHOENECK & KING, PLLC

                                                    By:   /s/ Katherine S. McClung
                                                          Sharon M. Porcellio, Esq.
                                                           Katherine S. McClung, Esq.

                                                    Avant Building – Suite 900
                                                    200 Delaware Avenue
                                                    Buffalo, New York 14202-2107
                                                    Telephone: (716) 416-7000
                                                    Fax: (716) 416-7001

                                                   350 Linden Oaks, Third Floor
                                                   Rochester, New York 14625
                                                   Telephone: (585) 362-4700
                                                   Fax: (585) 263-4701

                                                   *Attorneys for Defendants*

2981576.3

TO:    Jeremiah Frei-Pearson, Esq.
        Finkelstein, Blankinship,
          Frei-Pearson & Garber, LLP
        445 Hamilton Avenue, Suite 605
        White Plains, NY  10601

        *Attorneys for Plaintiff*